IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YOLETTE FERDINAND | : | CIVIL ACTION |
| v. | : | |
| SAVE-A-LOT/SUPERVALU, et al. | : | NO. 07-3305 |

## O R D E R

Before the Honorable Robert F. Kelly

AND NOW, this 14th day of April, 2008, in accordance with the Court's Memorandum and Order granting above defendants' motion for summary judgment on this date,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of the defendants and against the plaintiff.

BY THE COURT

ATTEST: s/Thomas Garrity
Thomas Garrity
Deputy Clerk

Civ 1 (8/80)